# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
136-18 39th Avenue, Suite 1003
Flushing, New York 11354

June 14, 2019

Keli Liu, ESQ.
Tel: (718) 353-8588
Fax: (718) 353-6288
Email: Kliu@hanglaw.com

**VIA ECF**

Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Zhu v. Meo Japanese Grill and Sushi Inc et al.
              17-CV-3521(LDH)(CLP)
              Motion to adjourn Settlement Conference

Dear Hon. Cheryl L. Pollak:

      Our firm is counsel for the Plaintiffs in the abovementioned matter. We write to respectfully request for an adjournment of the upcoming settlement conference on June 19, 2019.

      The undersigned has a conflict that cannot be rescheduled for a separate matter in front of Judge Steven Tiscione. The parties have conferred and Defendants consent to this request. The parties are available for a settlement conference on July 23, 24, or 25.

      For the foregoing reason, we respectfully request the settlement conference be adjourned to July 23, 24, 25 or any other future date that is convenient to this Court.

      We thank the Court for its time and attention to this matter.

                                                                Respectfully submitted,

                                                                     /s Keli Liu
                                                                        Keli Liu