**HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-18 39th Avenue, Suite 1003
Flushing, New York 11354

October 11, 2019

Keli Liu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: kliu@hanglaw.com

**VIA ECF**
Hon. Cheryl L. Pollak
United States Magistrate Judge
225 Cadman Plaza
Brooklyn, NY 11201

        RE: Case No. 1:17-cv-3521-LDH-CLP
        Zhu et al v. Meo Japanese Grill and Sushi Inc. et al

        <u>Status Report</u>

Dear Hon. Cheryl L. Pollak:

    This firm is the Counsel for the plaintiffs in the above referenced matter. We apologize for failing to update the Court on the status of the case by September 30, 2019.

    The parties have been in active settlement discussions and are now on the brink of reaching a settlement. Due to the Jewish holiday, the parties have yet to finalize their negotiations.

    We thank the Court for its time and attention to this matter.

                                         Respectfully submitted,

                                         **HANG & ASSOCIATES, PLLC**

                                         /s/ *Keli Liu*
                                         Keli Liu, Esq.
                                         136-20 38th Ave., Suite 10G
                                         Flushing, New York 11354
                                         Telephone: (718) 353-8588
                                         Email: Kliu@hanglaw.com

*[Handwritten annotation:]* Status letter due 11/15. So Ordered /S/ Cheryl Pollak USMJ 10/15/19