# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
136-18 39th Avenue, Suite 1003
Flushing, New York 11354

November 15, 2019

Keli Liu, ESQ.
Tel: (718) 353-8588
Fax: (718) 353-6288
Email: Kliu@hanglaw.com

**VIA ECF**

Hon. Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: Zhu v. Meo Japanese Grill and Sushi Inc et al.
     17-CV-3521(LDH)(CLP)
      Joint Status Report

Dear Hon. Cheryl L. Pollak:

  Our firm is counsel for the Plaintiffs in the abovementioned matter. We write, together with the Counsel for the defendants, to report the status of the parties' settlement negotiation.

  The parties have reached a settlement in principal, but are still working on the terms of the payment plan. We respectfully request to have until November 29, 2019 to update this Court again as to the status of the parties' discussions.

  We thank the Court for its time and attention to this matter.

                Respectfully submitted,

                /s Keli Liu
                Keli Liu