**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Zai You Zhu and Xiao Cheng, individually and on behalf of
all other employees similarly situated

Plaintiffs,

- against -

Meo Japanese Grill and Sushi Inc. d/b/a MeO Japanese
Hibachi, Rafael Kasaev, Michael Musheyev,
and Hananya Aranbaiev

Defendants.

Case No. 17-cv-3521

**MOTION TO WITHDRAW
AS ATTORNEY**

PLEASE TAKE NOTICE that the undersigned, Keli Liu, is going to end her employment with Hang & Associates PLLC on November 27, 2019. Hang & Associates PLLC will continue to represent the Plaintiffs in this matter, and no party will be prejudiced if this Motion is granted.

WHEREFORE, undersigned counsel and the Plaintiffs respectfully request that this Court permits her to withdraw as attorney for the Plaintiffs and removes her from the docket in the above referenced matter.

The undersigned appreciates the Court's time and attention to this matter.

Dated: November 26, 2019
Flushing, New York

**HANG & ASSOCIATES, PLLC**

By: /s/ *Keli Liu*
Keli Liu, Esq.
136-20 38th Ave. Suite 10G
Flushing, New York 11354
Tel: (718) 353-8588
Kliu@hanglaw.com
*Attorneys for Plaintiffs*