UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Zai You Zhu and Xiao Cheng, *Individually and on behalf of all other employees similarly situated*,

          Plaintiffs,

v.

Meo Japanese Grill and Sushi Inc. d/b/a MeO Japanese Hibachi, Rafael Kasaev, Michael Musheyev and Hananya Aranbaiev,

          Defendants.

---------------------------------------------------------------X

Case No.: 1:17-cv-03521

**NOTICE OF APPEARANCE**

To: The clerk of court and all parties of record

  PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the United States District Court, Eastern District of New York, hereby enters her appearance as counsel for Plaintiff in the above captioned matter.

Dated: Flushing, New York
     November 26, 2019

**HANG & ASSOCIATES, PLLC**

By: s/ Qinyu Fan
   Qinyu Fan, Esq.
   136-20 38th Ave., Suite 10G
   Flushing, New York 11354
   Telephone: (718) 353-8588
   Email: qfan@hanglaw.com
   *Attorneys for the Plaintiff*