UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Jose Ramos, Francis Rivera, and Guillermo Ignacio,     Case No.: 7:18-CV-04790-VB-SN
*individually and on behalf of all others similarly situated*,

                              Plaintiffs,          **NOTICE OF APPEARANCE**

                v.

Greenwich Catering Corp. d/b/a Turkiss, EB2, Inc. d/b/a
Turkiss, EB2 Gourmet, Inc., and Mark Kohler,
                              Defendants.
-------------------------------------------------------------X

To:     The clerk of court and all parties of record

PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice within the Southern District of New York, hereby enters her appearance as counsel for Plaintiff in the above captioned matter.

Dated: Flushing, New York                    **HANG & ASSOCIATES, PLLC**
         March 6, 2020

                                            By:    s/ Qinyu Fan
                                                    Qinyu Fan, Esq.
                                                    136-20 38th Ave., Suite 10G
                                                    Flushing, New York 11354
                                                    Telephone: (718) 353-8588
                                                    Email: qfan@hanglaw.com
                                                    *Attorneys for the Plaintiff*