# MILMAN LABUDA LAW GROUP PLLC

**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NY 11042**
_____

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

April 14, 2020

**VIA ECF & FACSIMILE**
Hon. Cheryl L. Pollak, U.S.M.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 1230
Brooklyn, NY 11201-1804
(718) 613-2365 – one (1) page, including this cover page

> **Re:** **Zhu**, *et al.* **v. Meo Japanese Grill and Sushi, Inc.,** *et al.*
> **Case No.: 1:17-cv-3521 (LDH) (CLP)**
> **MLLG File No.: 118-2017** ____

Dear Judge Pollak:

This office represents Defendants in the above-referenced matter.  See Docket Entry 6.  Defendants write jointly with Plaintiffs to respectfully request a fourth extension of time for the parties to submit their joint motion for settlement approval.

The previous request for an extension arose because your undersigned has been unable to reach one of the three (3) individual Defendants in this case and attempts to contact him have gone unreturned.

Late last week, prior to the Passover holiday, this individual Defendant contacted your undersigned.  He had been hospitalized for 3.5 weeks due to his contracting the coronavirus.  Thankfully, he has recovered and was updated on the status of settlement negotiations, understands the issues, and needs to discuss them with the other two Defendants.  Unfortunately, the Jewish holiday of Passover began last Thursday evening and the holiday is one which he observes.  The holiday ends on Thursday evening and thus Defendants again need additional time.

Plaintiffs consent to the requested extension of time until Friday, April 24, 2020 in order to permit the parties to finally finalize their settlement agreement.  The parties thank this Court for its time and attention to this matter, as well as the Court's assistance in resolving this case.

Dated: Lake Success, New York
April 14, 2020

Respectfully submitted,

**MILMAN LABUDA LAW GROUP PLLC**

/s
Emanuel Kataev, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, NY 11042-1073
(516) 328-8899 (office)
(516) 303-1395 )direct dial)
(516) 328-0082 (facsimile)
emanuel@mllaborlaw.com

*Attorneys for Defendants*

cc: Plaintiffs (via ECF)