# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
136-20 38th Avenue, Ste. 10G
Flushing, New York 11354

December 10, 2020

**VIA ECF**
Honorable Cheryl L. Pollak,
U.S. District Court
Eastern District of New York,
225 Cadman Plaza E,
Brooklyn, NY 11201,

        **RE:**   Zhu et al. v. Meo Japanese Grill and Sushi Inc. et al.
                1:17-cv-03521-LDH-CLP

Dear Honorable Judge Pollak,

    We are the Counsel for the Plaintiff. The undersigned attorney write this letter to be jointly submitted with Defendants.

    Parties reached a new settlement agreement in the amount of $42,000 to be paid within six (6) months. The first payment is due within thirty (30) days after the Motion for Settlement Approval is granted by the court.

    Parties are working on finalizing the Settlement Agreement, and the Motion for Settlement Approval will be filed within thirty (30) days.

    We thank the Court for its attention to this matter.

Respectfully submitted,

HANG & ASSOCIATES, PLLC

*/s Qinyu Fan*
Qinyu Fan, Esq.
Hang & Associates, PLLC
136-20 38th Ave., Suite 10G
Flushing, N.Y. 11354
Tel. (718) 353-8588
Fax (718) 353-6288
*Attorneys for the Plaintiff*